# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00092-CV

---

**Noble Capital Servicing, LLC, Appellant**

**v.**

**Action Roofing & Construction, Inc., Appellee**

---

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-000222, THE HONORABLE DON R. BURGESS, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Noble Capital Servicing, LLC has filed an unopposed motion to dismiss the appeal, advising that the interlocutory appeal is moot due to a final judgment rendered by the trial court. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Appellant's Motion

Filed: June 26, 2019